United States District Court
Southern District of Texas
**ENTERED**
October 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL SOLIS §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>§<br>AMERICAN INTERNATIONAL §<br>GROUP, INC., *ET AL.* §<br>§<br>*Defendants* § | CIVIL ACTION NO.<br>4:17-CV-00347-KPE |

### ORDER GRANTING
### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

On this day came to be considered the parties' Joint Motion for Dismissal with Prejudice. The court is of the opinion that same should be GRANTED.

It is therefore ORDERED that this lawsuit is hereby DISMISSED in its entirety with prejudice to refiling, each party to bear its own costs.

SIGNED on this day of __October 23, 2017__.

_____
JUDGE PRESIDING